United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EROS LLC, et al.,

    Plaintiff(s),

v.

LINDEN RESEARCH INC., et al.,

    Defendant(s).

_____/

No. C 09-4269 PJH

**ORDER RE CLASS CERTIFICATION BRIEFING AND HEARING**

Before the court is the stipulation and proposed order of the parties seeking a one week extension of the dates set by the court for the briefing of plaintiff's class certification motion. The request is based upon good cause and is GRANTED. The parties continue to request four weeks instead of the two weeks permitted by the local rules between the filing of the moving papers and the opposition and two weeks instead of the one week permitted by the local rules between the filing of the opposition and the reply. However, the parties have shortened by one week the period between the reply brief and the hearing. The court set the original expanded briefing schedule at the case management conference based upon the parties' request which was based upon the anticipated complexity and/or size of the motion for class certification. If the parties believe they need more time to brief this motion than the time generally allotted, it is likely, in view of the court's heavy docket, that the court will also need more time. Thus the hearing will be three not two weeks after the reply brief is filed, on August 18, 2010 instead of August 11, 2010.

If this change in hearing date poses a problem for the parties, the parties may stipulate to another hearing date. No trial date has been scheduled and there is room for flexibility in the pretrial dates.

**IT IS SO ORDERED.**

Dated: June 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge