SEAN P. REIS (SBN # 184044)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: 949.459.2124
Fax: 949.459.2123

MICHAEL ASCHENBRENER
STEVEN W. TEPPLER
CHRISTOPHER DORE
EDELSON MCGUIRE LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: 312.589.6370
maschenbrener@edelson.com
steppler@edelson.com
cdore@edelson.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EROS, LLC, a Florida Limited Liability Company, and SHANNON GREI, d/b/a Nomine, an individual, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LINDEN RESEARCH, INC., a Delaware Corporation, and LINDEN RESEARCH INTERNATIONAL, INC., a Delaware Corporation, <br><br> Defendants. | Case No. 09-cv-04269-PJH <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFF EROS, LLC'S CLAIMS** |

STIPULATION OF DISMISSAL OF
PLAINTIFF EROS, LLC'S CLAIMS

1

09-CV-4269-PJH

**STIPULATION OF DISMISSAL OF PLAINTIFF EROS, LLC'S CLAIMS**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Eros, LLC and Defendants Linden Research, Inc. and Linden Research International, Inc. hereby stipulate and agree to the dismissal, with prejudice, of Eros, LLC's claims in the First Amended Complaint against all defendants.  Plaintiff Eros, LLC and Defendants shall bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: March 15, 2011   EDELSON MCGUIRE, LLC

By: s/ Michael Aschenbrener
    MICHAEL ASCHENBRENER
    Attorneys for Plaintiffs

Dated: March 15, 2011   DURIE TANGRI LLP

By: s/ Michael H. Page
    MICHAEL H. PAGE
    Attorneys for Defendants

3/16/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL OF
PLAINTIFF EROS, LLC'S CLAIMS

2

09-CV-4269-PJH

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 15, 2011, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: March 15, 2011　　　　　　　　　EDELSON MCGUIRE LLC

　　　　　　　　　　　　　　　　　　　By: s/ Michael Aschenbrener
　　　　　　　　　　　　　　　　　　　　　Michael Aschenbrener

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs